stay pending appeal granted, upon plaintiff's furnishing security, duly approved by a justice of the Supreme Court, for the payment of the fund on deposit to the defendant on affirmance. (See *Silberman* v. *Scher*, *No. 2*, *ante*, p. 190, decided herewith.) No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The M. Steinert & Sons Company, a Corporation, Appellant, v. Anselmo Gironda, Respondent.— Judgment and order of the County Court of Westchester county reversed, and new trial ordered, costs to abide the event, on the ground that the allowance of defendant's counterclaim was not supported by competent evidence, and that if the defendant was entitled to possession of the chattel, then the judgment should have awarded him possession, or his damages should have been fixed at the reasonable value of the chattel, less the amount due and unpaid thereon under the contract of conditional sale. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Henry F. Stratton, as Administrator, etc., of William T. Stratton, Deceased, Respondent, v. F. I. A. T., Appellant.— Order affirmed, with costs. No opinion. Hirschberg, Thomas and Carr, JJ., concurred; Jenks, P. J., and Burr, J., dissented.

Charles Urlacher, Respondent, v. New York Telephone Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Arthur J. Van Suetendael, Appellant, v. Albert P. Scripture, the Name "Albert" being Fictitious, etc., and Sara R. Scripture, Respondents.— Judgment of the City Court of Yonkers affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Albert H. Washburn and Others, Transacting Business under the Firm Name and Style of Comstock & Washburn, Respondents, v. William Salmon, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John J. Wood, Respondent, v. William Hofmann, Appellant.— The order for examination limits the scope of the examination only by the contents of the somewhat diffuse affidavits and pleadings on which it is granted. The examination should be limited to inquiry as to the authority of Lillian Hofmann to accept the order in defendant's behalf, to the payments made on the fifth and sixth payments mentioned in the order, and to what payments were made to others for the completion of the contract and for what work, but inquiry into the defendant's allegations of abandonment by plaintiff is excluded. The order of the County Court of Queens county should be modified accordingly, and as so modified affirmed, without costs. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Frank C. Armstead, Respondent, v. George W. Egbert, Appellant.— Motion denied, without costs, on the authority of *Leach* v. *Auwell* (*ante*, p. 170), decided herewith. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Lorena Ridgely Jones, Appellant, v. Carolyn A. Dow, Respondent.— Motion for stay denied, without costs. Hirschberg, Burr and Woodward, JJ., concurred; Thomas, J., dissented; Carr, J., not voting.